DEBTOR IN BANKRUPTCY. C. A. 9th Cir. Motion of U. S. Council on International Banking, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–914. BROIDA *v.* SMITH, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HOROWITZ, DECEASED, ET AL. C. A. 11th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 95–1001. DOYLE, ATTORNEY GENERAL OF WISCONSIN, ET AL. *v.* TIME WARNER CABLE, A DIVISION OF TIME WARNER ENTERTAINMENT CO., L. P. C. A. 7th Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 95–918. CHESTER *v.* AMERICAN TELEPHONE & TELEGRAPH CO. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–1030. HUGHES, HUBBARD & REED *v.* ROBBS. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–6980. SHEPHERD *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–921. SHUMATE *v.* HUFF ET AL. Cir. Ct. Pulaski County, Va. Motion of respondents for award of costs denied. Certiorari denied.

No. 95–972. ROTHENBUSCH *v.* FORD MOTOR CO. C. A. 6th Cir. Motion of National Employment Lawyers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 95–1053. WEED *v.* INTERNATIONAL BUSINESS MACHINES CORP. C. A. 8th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.